UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| ELVIRA GARRISON,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>INSPIRA HEALTH,<br><br>　　　　　　　Defendant. | HONORABLE KAREN M. WILLIAMS<br><br>Civil Action<br>No. 25-cv-12204-KMW-MJS<br><br><br>MEMORANDUM OPINION AND<br>ORDER |

**THIS MATTER** comes before the Court by way of Plaintiff Elvira Garrison's ("Plaintiff") Application to Proceed in District Court Without Prepaying Fees or Costs ("IFP Application") (ECF No. 4) pursuant to 28 U.S.C. § 1915(a)(1); and

**THE COURT NOTING** that, having reviewed Plaintiff's IFP Application, Plaintiff declares that her biweekly income is $3,000.00 (IFP Application p. 5) and her monthly expenses total to $5,265.00. (IFP Application ¶ 8). Plaintiff asserts that her spouse's monthly income is $2,500 and their expenses total $2130.00. (IFP Application ¶ 8). Plaintiff lists additional assets that include a home and two cars. (IFP Application ¶ 5). Plaintiff has two minor dependents. (IFP Application ¶ 7); and

**WHEREAS**, the Third Circuit has held that an application to proceed without paying filing fees is "based on a showing of indigence," *Douris v. Newtown Borough, Inc.*, 207 F. App'x 242, 243 (3d Cir. 2006) (citation omitted); and

**WHEREAS** the Court notes that although a person "need not be absolutely destitute to proceed in forma pauperis," Plaintiff must nonetheless, "establish that [she] is unable to pay the costs of [her] suit," *Hurst v. Shalk*, 659 F. App'x 133, 134 (3d Cir. 2016); and

**THE COURT FINDING** that because Plaintiff's monthly expenses do not exceed her income, Plaintiff has failed to demonstrate that she cannot pay the costs of litigation, and thus the Court denies the IFP Application.

Therefore, **IT IS HEREBY** on this 21 day of October, 2025

**ORDERED** that Plaintiff's application to proceed *in forma pauperis* pursuant to 28 U.S.C. §1915 (ECF No. 1) is hereby **DENIED**; and it is further

**ORDERED** that the clerk is ordered to close the file. Plaintiff may submit payment in the amount of $405 within 14 days from the date of this order to reopen the case without further action from the court.

**ORDERED** that the Clerk of the Court shall serve a copy of this Order upon Plaintiff by regular U.S. mail.

                                                                            KAREN M. WILLIAMS
                                                                            United States District Judge